UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE L. MILLER,

    Plaintiff,

v.     Case No.: 8:09-cv-184-T-33MAP

SOUTHERN HILLS PLANTATION
GOLF CLUB, LLC and HAMPTON
GOLF, INC.,

    Defendants.
_____/

## ORDER

The parties' Joint Stipulation for Dismissal with Prejudice (Doc. 11) is before the Court for consideration. The parties seek an order dismissing this case with prejudice, with each party to bear their respective attorney's fees and costs.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 19th day of June 2009.

                VIRGINIA M. HERNANDEZ COVINGTON
                UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record